**FILED**
**CLERK**

10:56 am, Jun 22, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

**CAMILLE THOMAS on behalf of himself**
**or herself and all other similarly**
**situated consumers**

                                **Case# 2:21-cv-02745-JMA-SIL**

          **Plaintiff(s),**

                           **NOTICE OF VOLUNTARY DISMISSAL**

   **-against-**

**CARTER-YOUNG, INC.**
               **Defendant.**

_____


## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

It Is Hereby Stipulated and agreed, by counsel on behalf of the Plaintiff, pursuant to Rule

41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs or

disbursements to either party.


  Dated: Nassau, New York
        June 21, 2021

                                          /S Jacob Silver

  Case closed.
So Ordered:                                   _____

  /s/ Joan M. Azrack                     **Jacob Silver**
_____                        Attorney At Law
Dated:  Central Islip, New York         237 Club Dr.
         6/22/2021                    Woodmere, NY 11598
                                      (718) 855-3834
                                      silverbankruptcy@gmail.com